```
 1  COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
 2  YANXIONG LI, ESQ.
    Nevada Bar No. 12807
 3  WOLFE & WYMAN LLP
    980 Kelly Johnson Drive, Ste 140
 4  Las Vegas, NV  89119
    Tel: (702) 476-0100
 5  Fax: (702) 476-0101
    cbdodrill@wolfewyman.com
 6  mli@wolfewyman.com

 7  Attorneys for Defendant/Counterclaimant/Third-party Plaintiff
    GREEN TREE SERVICING LLC
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 5035 VILLAGE TRUST, a Nevada trust,<br><br>　　　　　Plaintiff,<br>v.<br><br>XAVIER F. DURAZO, an individual; ANDREA T. GARNICA, an individual; GREEN TREE SERVICING, LLC, a foreign limited liability company; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-00747-JAD-NJK<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM** |
| GREEN TREE SERVICING LLC,<br><br>　　　　　Counterclaimant,<br>v.<br><br>5035 VILLAGE TRUST; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 5035 Village Drive, Las Vegas, NV 89142,<br><br>　　　　　CounterDefendant. | |
| GREEN TREE SERVICING LLC,<br><br>　　　　　Third-party Plaintiff,<br>v.<br><br>WINTERWOOD VILLAGE UNIT NO. 1, HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DOES 1 through 10, inclusive; | |

1

2016090.1

ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 5035 Village Drive, Las Vegas, NV 89142 SERVICING, LLC, a foreign limited liability company; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,

Third-party Defendant.

## STIPULATION

It is hereby stipulated and agreed by and between 5035 VILLAGE TRUST, A NEVADA TRUST and GREEN TREE SERVICING LLC and (collectively as the "Parties"), by and through their respective counsels of record, that GREEN TREE SERVICING LLC may file the First Amended Answer and Counterclaim attached to this Stipulation as Exhibit "A."

The Parties are stipulating in the interest of judicial economy and this Stipulation shall not be construed to prejudice any claims or defenses asserted by the Parties in this action.

IT IS SO STIPULATED.

DATED this 27th day of May, 2015

ALESSI & KOENIG, LLC

By: /s/ Steve T. Loizzi, Jr.
Steve T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo Rd., Suite 205
Las Vegas, NV 89147
Attorneys for Plaintiff,
5035 VILLAGE TRUST, A
NEVADA TRUST

DATED this 27th day of May, 2015

WOLFE & WYMAN LLP

By: /s/ Colt B. Dodrill
Colt B. Dodrill, Esq.
Nevada Bar No. 9000
Yanxiong Li, Esq.
Nevada Bar No. 12807
WOLFE WYMAN, LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Attorneys for Defendant/ Counterclaimant/ Third-party Plaintiff,
GREEN TREE SERVICING, LLC

## ORDER

IT IS SO ORDERED.

Dated:  May 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

2016090.1