# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 5035 VILLAGE TRUST,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>XAVIER F. DURAZO, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-cv-00747-JAD-NJK<br><br>**ORDER DENYING PROPOSED DISCOVERY PLAN**<br><br>(Docket No. 24) |

Pending before the Court is the parties' proposed discovery plan, Docket No. 24, which is hereby DENIED. First, the parties seek more than the presumptively reasonable 180-day discovery period, but provide only boilerplate reasons for the extend period sought. *See* Docket No. 24 at 2 (seeking additional time "[g]iven the nature, complexity and quantity of legal arguments pertinent to this case"). Such conclusory statements are insufficient to allow a longer discovery period. Second, the parties incorrectly calculate the number of days for discovery from the Rule 26(f) conference, when the period must be calculated from the date the first defendant answers or otherwise appears. *See* Local Rule 26-1(e)(1). Third, the proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 24 at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 20 days before the discovery cut-off would be

1  untimely.  Accordingly, the pending proposed discovery plan is hereby DENIED without prejudice.
2  The parties shall file a proper proposed discovery plan no later than June 17, 2015.
3      IT IS SO ORDERED.
4      Dated: June 12, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE