1 | **COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
2 | **YANXIONG LI, ESQ.**
**Nevada Bar No. 12807**
3 | **WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Ste 140**
4 | **Las Vegas, NV  89119**
**Tel: (702) 476-0100**
5 | **Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**
6 | **mli@wolfewyman.com**

7 | Attorneys for Defendant/Counterclaimant/Third-party Plaintiff
**GREEN TREE SERVICING LLC**

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11 | 5035 VILLAGE TRUST, a Nevada trust,            CASE NO.:   2:15-cv-00747-JAD-NJK

12 |             Plaintiff,

13 |     v.

14 | XAVIER F. DURAZO, an individual; ANDREA T.    **STIPULATION AND ORDER TO DISMISS**
GARNICA, an individual; GREEN TREE           **THIRD PARTY COMPLAINT ONLY**
15 | SERVICING, LLC, a foreign limited liability   **WITHOUT PREJUDICE**
company; DOE INDIVIDUALS I through X,
16 | inclusive; and ROE CORPORATIONS XI through
XX, inclusive,

17 |             Defendants.

18 | _____

19 | GREEN TREE SERVICING LLC,

20 |             Counterclaimant,

21 |     v.

22 | 5035 VILLAGE TRUST; DOES 1 through 10,
inclusive; ROES Business Entities 1 through 10,
23 | inclusive; and all others who claim interest in the
subject property located at 5035 Village Drive, Las
24 | Vegas, NV 89142,

25 |             CounterDefendant.

26 | _____

27 | GREEN TREE SERVICING LLC,

28 |             Third-party Plaintiff,

1

v.

WINTERWOOD RANCH UNIT NO. 1,
HOMEOWNERS ASSOCIATION, a Nevada non-
profit corporation; DOES 1 through 10, inclusive;
ROES Business Entities 1 through 10, inclusive;

and all others who claim interest in the subject
property located at 5035 Village Drive, Las Vegas,
NV 89142,

Third-party Defendant.

## STIPULATION AND ORDER TO DISMISS THIRD-PARTY COMPLAINT ONLY WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and AGREED by and between Third-Party Defendant WINTERWOOD RANCH UNIT NO. 1, HOMEOWNERS' ASSOCIATION, and Defendant/Counterclaimant/Third-party Plaintiff GREEN TREE SERVICING LLC, and both parties' respective counsel of record, that GREEN TREE SERVICING LLC's Third-Party Complaint against Third-Party Defendant WINTERWOOD RANCH UNIT NO. 1, HOMEOWNERS' ASSOCIATION ONLY be dismissed *without prejudice*, with each party to bear its own costs and attorney's fees.

///
///
///
///
///
///
///
///
///
///
///

2089944.3

1    IT IS FURTHER STIPULATED THAT WINTERWOOD RANCH UNIT NO. 1,

2  HOMEOWNERS' ASSOCIATION'S Motion to Dismiss (Doc. No. 41.) is withdrawn.

3    IT IS SO STIPULATED

4  DATED this 4th day of September 2015            DATED this 4th day of September, 2015

5  WOLFE & WYMAN LLP                               LEACH JOHNSON SONG & GRUCHOW

6

7

8  By:/s/ Colt B. Dodrill_____          By:/s/ Ryan G. Hastings_____
       COLT B. DODRILL, ESQ.                            SEAN L. ANDERSON, ESQ.
9      Nevada Bar No. 9000                              Nevada Bar No. 7259
       YANXIONG LI, ESQ.                                RYAN D. HASTINGS
10     Nevada Bar No. 12807                             Nevada Bar No. 12394
       WOLFE & WYMAN LLP                                8945 W. Russell Road, Suite 330
11     980 Kelly Johnson Drive, Ste 140                 Las Vegas, NV 89148
       Las Vegas, NV  89119                             Attorneys for Third-Party Defendant
12     Attorneys for Defendant/                         **WINTERWOOD RANCH UNIT NO. 1**
       Counterclaimant/Third-party Plaintiff           **HOMEOWNERS' ASSOCIATION**
13     **GREEN TREE SERVICING LLC**

14                                **ORDER**

15  Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED,
    ADJUDGED and DECREED that Green Tree Servicing LLC's **third-party claims against**
16  **defendant Winterwood Ranch Unit No. 1 Homeowners Association are DISMISSED**
    without prejudice, each party to bear its own fees and costs.
17
    IT IS FURTHER ORDERED THAT Winterwood's Motion to Dismiss **[ECF 40] is**
18  **DENIED** without prejudice and as moot.

19   September 8, 2015

20                                  _____

21                                  Jennifer Dorsey
                                    United States District Court Judge
22

23

24

25

26

27

28

2089944.3