# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 5035 VILLAGE TRUST, | Case No.: 2:15-cv-0747-JAD-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| XAVIER F. DURAZO, *et al.,* | |
| Defendants. | |

Based on the Motion to Consolidate (ECF 62), IT IS HEREBY ORDERED that this case is transferred to Chief Judge Gloria Navarro because she is presiding over related case *Federal Home Loan Mortgage Corporation et al v. SFR Investments Pool 1, LLC et al*, 2:15-cv-1338-GMN-CWH.  Chief Judge Navarro will determine whether to consolidate the cases.

Dated:  February 8, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2016.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE