# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 5035 VILLAGE TRUST,<br><br>　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>XAVIER F. DURAZO, et al.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:15-cv-00747-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 63) |

Pending before the Court is a motion to stay discovery pending resolution of the pending motion to consolidate. Docket No. 63. The motion to stay was filed on February 2, 2016, so any response was due by February 19, 2016. *See* Local Rule 7-2(b); *see also* Fed. R. Civ. P. 6(d). To date, no response has been filed and the Court **GRANTS** the motion as unopposed. *See* Local Rule 7-2(d). In the event that resolution of the motion to consolidate does not result in the termination of this case, the parties shall file a proposed discovery plan within 7 days of the issuance of that order.

　　　　IT IS SO ORDERED.

　　　　Dated: February 22, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE