# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 5035 VILLAGE TRUST,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>XAVIER F. DURAZO, et al.,<br><br>                    Defendant(s). | Case No. 2:15-cv-00747-GMN-NJK<br><br>**ORDER** |

On February 22, 2016, the Court stayed this case pending resolution of the motion to consolidate. Docket No. 65. The Court further ordered that, "[i]n the event that resolution of the motion to consolidate does not result in the termination of this case, the parties shall file a proposed discovery plan within 7 days of the issuance of that order." *Id.* Chief United States District Judge Gloria M. Navarro denied the motion to consolidate on May 4, 2016, Docket No. 67, but the parties have failed to file a proposed discovery plan as ordered. The parties are hereby **ORDERED** to file a proposed discovery plan no later than May 23, 2016.

IT IS SO ORDERED.

Dated: May 18, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE