| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>FENNEMORE CRAIG, P.C.<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com | Colt B. Dodrill, Esq. (SBN 9000)<br>Gregory S. Bean, Esq. (SBN 12694)<br>WOLFE & WYMAN LLP<br>6757 Spencer Street<br>Las Vegas, NV  89119<br>Tel: 702-476-0100   Fax: 702-476-0101<br>cbdodrill@wolfewyman.com;<br>gsbean@wolfewyman.com |
| (*Pro Hac Vice* Submitted)<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Tel: (202) 942-5000   Fax: (202) 942-5999<br>Asim.Varma@aporter.com;<br>Howard.Cayne@aporter.com;<br>Michael.Johnson@aporter.com<br>*Attorneys for Intervenor Federal Housing Finance Agency* | *Attorneys for Intervenor Federal National Mortgage Association* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 5035 VILLAGE TRUST, a Nevada Trust,<br>            Plaintiff,<br>    vs.<br>XAVIER F. DURAZO, an individual; ANDREA T. GARNICA, an individual; GREEN TREE SERVICING, LLC, a foreign limited liability company; DOE INDIVIDUALS 1-X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br>            Defendants.<br>and<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br>            Intervenors,<br><br>GREEN TREE SERVICING, LLC, a foreign limited liability company,<br>            Counterclaimant,<br>and<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br>            Intervenors, | CASE NO.   2:15-cv-00747-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO FANNIE MAE AND FHFA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

|   |   |
|---|---|
| 1 | vs. |
| 2 | 5035 VILLAGE TRUST, a Nevada Trust; DOES 1-10, inclusive; ROE BUSINESS ENTITIES 1-10, inclusive; and ALL OTHERS WHO CLAIM INTEREST IN THE SUBJECT PROPERTY LOCATED AT 5035 VILLAGE DR., LAS VEGAS, NV 89142, |
| 3 |   |
| 4 |   |
| 5 | Counter-Defendants. |
| 6 | GREEN TREE SERVICING, LLC, a foreign limited liability company, |
| 7 | Third-Party Plaintiff, |
| 8 | vs. |
| 9 | WINTERWOOD RANCH UNIT NO. 1 HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DOES 1-10, inclusive; ROE BUSINESS ENTITIES 1-10, inclusive; and ALL OTHERS WHO CLAIM INTEREST IN THE SUBJECT PROPERTY LOCATED AT 5035 VILLAGE DR., LAS VEGAS, NV 89142, |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 | Third-Party Defendants. |

Intervenors Federal National Mortgage Association ("Fannie Mae") and Federal Housing Finance Agency ("FHFA"); and Plaintiff/Counterdefendant 5035 Village Trust ("Village Trust") by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for Village Trust to file its response to Fannie Mae and FHFA's Motion for Summary Judgment (ECF No. 77) is extended from November 14, 2016 to November 28, 2016.

IT IS FURTHER AGREED AND STIPULATED that the deadline for Fannie Mae and FHFA to file their Reply is extended to December 19, 2016.

This is the parties' first request for an extension of time regarding the Response. This additional time is appropriate because counsel for Fannie Mae, FHFA, and Village Trust are

///

///

///

///

involved in dozens of related cases pending in this District and are facing deadlines in many of these cases as well.

DATED this 14th day of November, 2016

| | |
|---|---|
| **WOLFE & WYMAN LLP** | **FENNEMORE CRAIG, P.C.** |
| By:  /s/ Colt B. Dodrill<br>Colt B. Dodrill, Esq. (SBN 9000)<br>Gregory S. Bean, Esq. (SBN 12694)<br>6757 Spencer St.<br>Las Vegas, NV  89119<br>Tel: 702-476-0100   Fax: 702-476-0101<br>cbdodrill@wolfewyman.com<br>gsbean@wolfewyman.com | By:  /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br>and |
| *Attorneys for Intervenor Federal National Mortgage Association* | **ARNOLD & PORTER LLP**<br>(*Pro Hac Vice* Submitted)<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>*Attorneys for Intervenor Federal Housing Financing Agency* |

**ALESSI & KOENIG, LLC**

By:  /s/ Steven T. Loizzi
Steven T. Loizzi, Jr. (SBN 10920)
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
Tel: (702) 222-4033  Fax: (702) 222-4043
Email: steve@alessikoenig.com

*Attorneys for Plaintiff/Counterdefendant 5305 Village Trust*

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

Dated this   15   day of November, 2016.